Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−29471−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Joseph V Fontana
    1501 Ocean Ave Apt 12A
    Belmar, NJ 07719

Social Security No.:
    xxx−xx−4365

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/5/2019 and a confirmation hearing on such Plan has been scheduled for 12/17/2019.

The debtor filed a Modified Plan on 11/21/2019 and a confirmation hearing on the Modified Plan is scheduled for 1/8/2019@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: November 21, 2019
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph V Fontana  
    Debtor

Case No. 19-29471-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Nov 21, 2019  
                           Form ID: 186      Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2019.
```
db              +Joseph V Fontana,    1501 Ocean Ave Apt 12A,    Belmar, NJ 07719-2500
518512824       +CIT Bank, N.A.,    P.O. Box 7056,    Pasadena, CA 91109-7056
518512829       +JP Morgan Chase Bank,    P.O. Box 659754,    San Antonio, TX 78265-9754
518512831       +Monmouth County Chancery Division,    71 Monument Park,    Freehold, NJ 07728-1747
518512832       +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
518512833       +Powers Kirn, LLC,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
518512835       +Ras Citron Law Offices,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
518512836       +Toyota Motor Credit,    PO Box 9786,    Cedar Rapids, IA 52409-0004
518559990       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2019 00:29:27     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2019 00:29:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518512825       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 22 2019 00:43:12     Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
518512827        E-mail/Text: cio.bncmail@irs.gov Nov 22 2019 00:28:54     Internal Revenue Service,
                 44 South Clinton Ave.,    Trenton, NJ 08601
518512830       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 22 2019 00:43:07     Merrick Bank Corp,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
518512834       +E-mail/Text: bankruptcy@prosper.com Nov 22 2019 00:30:04     Prosper Marketplace In,
                 221 Main St Ste 300,    San Francisco, CA 94105-1909
518515762       +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2019 00:42:09     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518512828*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810)
518512826*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor   Manufacturers and Traders Trust Company, a/k/a
               M&T Bank, successor by merger with Hudson City Savings Bank ecf@powerskirn.com
                                                                                              TOTAL: 4
```