Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−29471−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph V Fontana
   1501 Ocean Ave Apt 12A
   Belmar, NJ 07719

Social Security No.:
   xxx−xx−4365

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/19/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 20, 2020
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 19-29471-MBK
Joseph V Fontana                                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 20, 2020
                              Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
```
db             +Joseph V Fontana,    1501 Ocean Ave Apt 12A,    Belmar, NJ 07719-2500
aty            +Claire M. Diallo,    Borek & Diallo, LLC,    163 Cranbury Rd.,   Ste. 200,
                 Princeton Junction, NJ 08550-1246
518512824      +CIT Bank, N.A.,     P.O. Box 7056,    Pasadena, CA 91109-7056
518512829      +JP Morgan Chase Bank,    P.O. Box 659754,    San Antonio, TX 78265-9754
518512831      +Monmouth County Chancery Division,     71 Monument Park,    Freehold, NJ 07728-1747
518512832      +New Jersey Division of Taxation,     P.O. Box 046,    Trenton, NJ 08646-0046
518626529      +Ocean Vista Condominium,    Homeowners Association, Inc.,    Borek & Diallo, LLC,
                 163 Cranbury Road, Ste. 200,    Princeton Junction, NJ 08550-1246
518512833      +Powers Kirn, LLC,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
518512835      +Ras Citron Law Offices,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
518559990      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2020 01:48:21     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2020 01:48:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518512825      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 21 2020 01:53:44     Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
518512827       EDI: IRS.COM Feb 21 2020 06:03:00     Internal Revenue Service,    44 South Clinton Ave.,
                 Trenton, NJ 08601
518512830      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 21 2020 01:54:05     Merrick Bank Corp,
                 Po Box 9201,   Old Bethpage, NY 11804-9001
518512834      +E-mail/Text: bankruptcy@prosper.com Feb 21 2020 01:48:57     Prosper Marketplace In,
                 221 Main St Ste 300,    San Francisco, CA 94105-1909
518515762      +EDI: RMSC.COM Feb 21 2020 06:03:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518512836      +EDI: TFSR.COM Feb 21 2020 06:03:00     Toyota Motor Credit,    PO Box 9786,
                 Cedar Rapids, IA 52409-0004
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518512828*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    P.O. Box 9052,   Andover, MA 01810)
518512826*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Feb 20, 2020
                              Form ID: 148               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William M.E. Powers, III    on behalf of Creditor    Manufacturers and Traders Trust Company, a/k/a M&T Bank, successor by merger with Hudson City Savings Bank ecf@powerskirn.com
          TOTAL: 5